

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00310-CV

## IN RE AMOS JACKSON, SR.
_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator petitioned for a writ of mandamus from this Court ordering the trial court to set a pre-trial hearing in the underlying case and issue a bench warrant for relator's presence at the hearing. We requested a response from the respondent and the real party in interest. The respondent informed the Court that a pre-trial hearing has been set for November 14, 2018 and a bench warrant has been issued. Documentary evidence was attached to the response in support of the respondent's assertions.

Accordingly, because relator's complaints have been addressed, relator's Petition for Writ of Mandamus, filed on October 9, 2018, is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition dismissed
Opinion delivered and filed November 7, 2018
[OT06]

